AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
# *SOUTHERN DISTRICT OF OHIO*

Eastern Division

**ANGELO J. FELDER,**

        **Petitioner,**

**JUDGMENT IN A CIVIL CASE**

**v.**

**TIM BRUNSMAN, WARDEN,**     **CASE NO.  C2-10-549**
                                              **JUDGE EDMUND A. SARGUS, JR.**
        **Respondent.**        **MAGISTRATE JUDGE NORAH MCCANN KING**

\_\_\_   **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

X   **Decision by Court.**  A decision has been rendered by the Court without a hearing or trial**.**

**Pursuant to the OPINION AND ORDER filed March 30, 2011, JUDGMENT is hereby entered DISMISSING this action.**

Date: March 30, 2011                         JAMES BONINI, CLERK

                                                              */S/ Andy F. Quisumbing*
                                                               (By) Andy F. Quisumbing
                                                               Courtroom Deputy Clerk